**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JULIETTE MOTZ and VIVEK SHAH, individually and as representatives of a class of similarly situated persons,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITIGROUP INC.; THE BOARD OF TRUSTEES OF CITIGROUP INC.; THE ADMINISTRATIVE COMMITTEE OF THE CITI RETIREMENT SAVINGS PLAN; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>　　　　　　Defendants. | Civil Case No. 3:22-cv-00965 (RNC) |

**PLAINTIFFS' UNOPPOSED MOTION AND MEMORANDUM
OF LAW TO WITHDRAW VIVEK SHAH AS A NAMED PLAINTIFF
<u>UNDER FEDERAL RULE OF CIVIL PROCEDURE 21</u>**

Plaintiffs Juliette Motz and Vivek Shah (collectively, "Plaintiffs") hereby respectfully move the Court to withdraw Mr. Shah as a Named Plaintiff in this action pursuant to Federal Rule of Civil Procedure 21. This motion is supported by the memorandum of law set forth below and all facts appearing in the record. Defendants Citigroup Inc., the Board of Trustees of Citigroup Inc., and the Administrative Committee of the Citi Retirement Savings Plan (collectively, "Defendants") do not oppose this motion.

**BACKGROUND**

On July 29, 2022, Plaintiffs filed a Class Action Complaint ("Complaint") (ECF No. 1). Defendants have not yet responded to the Complaint.

Mr. Shah is no longer able to serve as a Named Plaintiff or Class Representative due to

unforeseen personal obligations.

## ARGUMENT

Federal Rule of Civil Procedure 21 permits a court, "[o]n motion or on its own," and "on just terms," to "add or drop a party." "Rule 21 invests district courts with the authority to allow a dispensable nondiverse party to be dropped at any time." *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 832 (1989). Courts have recognized Rule 21 as the proper procedure to drop a plaintiff as a party. *See Allstate Ins. Co. v. Lumbermens Mut. Cas. Co.*, 204 F. Supp. 83, 85 (D. Conn. 1962); *Harvey Aluminum, Inc. v. Am. Cyanamid Co.*, 203 F.2d 105, 108 (2d Cir. 1953). Moreover, dropping a plaintiff under Rule 21 otherwise "would leave the action intact." *City of Groton v. Connecticut Light & Power Co.*, 84 F.R.D. 420, 422 (D. Conn. 1979), *aff'd sub nom. City of Groton v. Conn. Light & Power*, 802 F.2d 443 (2d Cir. 1986).

Given Mr. Shah's inability to continue as a Named Plaintiff and the fact that Defendants do not oppose this motion, dropping Mr. Shah from this action as a Named Plaintiff and proposed Class Representative pursuant to Federal Rule of Civil Procedure 21 is appropriate under the circumstances. *See generally Pac. Coast Horseshoeing Sch., Inc. v. Grafilo*, No. 2:17-cv-02217-JAM-GGH, 2021 WL 2671885, at *2 (E.D. Cal. June. 29, 2021) ("A plaintiff generally should not be compelled to litigate if [he] doesn't wish to.") (internal quotations and citation omitted). The matter will proceed with Juliette Motz as a Named Plaintiff and proposed representative of the putative class.

## CONCLUSION

Plaintiffs respectfully request that the Court enter an Order dropping Vivek Shah from this action as a Named Plaintiff pursuant to Federal Rule of Civil Procedure 21.

DATED: October 11, 2022          Respectfully Submitted,

*/s/ Laurie Rubinow*
James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (865) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: ajberin@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

*Counsel for Plaintiffs, the Plan,
and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties of record on this October 11th, 2022 via the court's CM/ECF system.

*/s/ Laurie Rubinow*
Laurie Rubinow