**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

JULIETTE MOTZ, individually and as a representative of a class of similarly situated persons,

                Plaintiff,

    vs.

CITIGROUP INC.,

                Defendant.

Case No. 3:22-cv-00965 (RNC)

March 1, 2024

**DEFENDANT CITIGROUP INC.'S MOTION TO DISMISS
<u>PLAINTIFF'S AMENDED COMPLAINT</u>**

Defendant Citigroup Inc. hereby moves the Court to dismiss plaintiff's amended complaint (ECF No. 75).  For the reasons set forth in the accompanying Memorandum of Law in Support of Defendant Citigroup Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, the complaint should be dismissed in its entirety and with prejudice pursuant to Rule 12(b)(6) because plaintiff fails to state a claim as a matter of law.  Plaintiff's claims are also subject to dismissal under Rule 12(b)(1) insofar as they challenge Citi Retirement Savings Plan investment options in which plaintiff did not personally invest, because plaintiff lacks Article III standing to bring claims with respect to such funds.

Dated:    March 1, 2024

                            Respectfully submitted,

                            */s/ Meaghan VerGow*
                            Meaghan VerGow (*pro hac vice*)
                            Deanna M. Rice (*pro hac vice*)
                            O'MELVENY & MYERS LLP

1625 Eye Street, N.W.
Washington D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: mvergow@omm.com
            drice@omm.com

James T. Shearin (ct 01326)
PULLMAN & COMLEY LLC
850 Main Street
Bridgeport, CT 06601
Telephone: (203) 330-2240
Facsimile: (203) 576-8888
Email: jtshearin@pullcom.com

*Attorneys for Defendant Citigroup Inc.*